# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN JOSE



FILED
OCT 19 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CR 17 00324 BLF

---

UNITED STATES OF AMERICA,

V.

SHAUN ANTHONY KIRKPATRICK,
TUAN NGOC NGUYEN,
JULIO CAMACHO PACHECO, and
QUANG PHUONG HUYNH, a/k/a "Johnny,"

DEFENDANT(S).

---

## SECOND SUPERSEDING INDICTMENT

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) (Conspiracy to Distribute Methamphetamine)
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Distribution of Methamphetamine; Aiding and Abetting)
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Distribution of Methamphetamine)
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Possession with Intent to Distribute Methamphetamine)
21 U.S.C. § 853 – (Criminal Forfeiture)

---

A true bill.

_____ Ch Oats _____
Foreman

Filed in open court this __19__ day of __October 2017__.

_____ Nathanael Cousins _____
U.S. Magistrate
Clerk

Bail, $ _no process needed_

<u>UNITED STATES V. KIRKPATRICK, ET AL.</u>

<u>PENALTIES</u>

**<u>Count One</u>:**   21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) (Conspiracy to Distribute Methamphetamine)

**<u>Defendants</u>:**

Shaun Anthony Kirkpatrick,
Tuan Ngoc Nguyen,
Julio Camacho Pacheco, And
Quang Phuong Huynh

**<u>Penalties</u>:**

    Minimum Prison Term: 10 years
    Max Prison: Life
    Max Fine: $10,000,000
    Minimum Supervised Release: 5 years
    Forfeiture
    Potential Deportation
    Mandatory and discretionary denial of benefits
    Special assessment fee: $100

**<u>Count Two</u>:**   21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Distribution of Methamphetamine; Aiding and Abetting)

**<u>Defendants</u>:**

Shaun Anthony Kirkpatrick,
Tuan Ngoc Nguyen,
Julio Camacho Pacheco, And
Quang Phuong Huynh

**<u>Penalties</u>:**

    Minimum Prison Term: 10 years
    Max Prison: Life
    Max Fine: $10,000,000
    Minimum Supervised Release: 5 years
    Forfeiture
    Potential Deportation
    Mandatory and discretionary denial of benefits
    Special assessment fee: $100

**Count Three:**      21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Distribution of Methamphetamine)

**Defendants:**

Julio Camacho Pacheco

**Penalties:**

    Minimum Prison Term: 10 years
    Max Prison: Life
    Max Fine: $10,000,000
    Minimum Supervised Release: 5 years
    Forfeiture
    Potential Deportation
    Mandatory and discretionary denial of benefits
    Special assessment fee: $100

**Count Four:**      21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Possession with Intent to Distribute Methamphetamine)

**Defendants:**

Julio Camacho Pacheco

**Penalties:**

    Minimum Prison Term: 10 years
    Max Prison: Life
    Max Fine: $10,000,000
    Minimum Supervised Release: 5 years
    Forfeiture
    Potential Deportation
    Mandatory and discretionary denial of benefits
    Special assessment fee: $100

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney



FILED
OCT 19 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17 00324 BLF |
| Plaintiff, | VIOLATIONS: |
| v. | 21 U.S.C. § 846 – Conspiracy to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Methamphetamine; 18 U.S.C. § 2 – Aiding and Abetting; 21 U.S.C. §§ 853(a)(1) and (a)(2) – Criminal Forfeiture |
| SHAUN ANTHONY KIRKPATRICK, TUAN NGOC NGUYEN, JULIO CAMACHO PACHECO, and QUANG PHUONG HUYNH, a/k/a "Johnny," | |
| Defendants. | SAN JOSE VENUE |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii) – Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown to the grand jury but no later than February 10, 2017, and continuing through and including February 17, 2017, in the Northern District of California and elsewhere, the defendants,

SHAUN ANTHONY KIRKPATRICK,
TUAN NGOC NGUYEN,
JULIO CAMACHO PACHECO, and
QUANG PHUONG HUYNH,

SECOND SUPERSEDING INDICTMENT

and others, known and unknown, knowingly and intentionally conspired to distribute a Schedule II controlled substance, specifically, 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

COUNT TWO:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii); 18 U.S.C. § 2 – Distribution of Methamphetamine; Aiding and Abetting)

On or about February 17, 2017, in the Northern District of California, the defendants,

SHAUN ANTHONY KIRKPATRICK,
TUAN NGOC NGUYEN,
JULIO CAMACHO PACHECO, and
QUANG PHUONG HUYNH,

and others, known and unknown, each aided and abetted by the other, knowingly and intentionally distributed a Schedule II controlled substance, specifically, 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

COUNT THREE:   (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) – Distribution of Methamphetamine)

On or about May 3, 2017, in the Northern District of California, the defendant,

JULIO CAMACHO PACHECO,

knowingly and intentionally distributed a Schedule II controlled substance, specifically, 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

COUNT FOUR:   (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) – Possession of Methamphetamine With Intent to Distribute)

On or about July 19, 2017, in the Northern District of California, the defendant,

JULIO CAMACHO PACHECO,

knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, specifically, 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

//

SECOND SUPERSEDING INDICTMENT                    2

FORFEITURE ALLEGATION: (21 U.S.C. § 853 – Criminal Forfeiture)

The factual allegations contained in Counts One and Two of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (a)(2).

Upon conviction of any of the offenses alleged in Counts One and Two, the defendants,

SHAUN ANTHONY KIRKPATRICK,
TUAN NGOC NGUYEN, and
JULIO CAMACHO PACHECO, and
QUANG PHUONG HUYNH,

shall forfeit to the United States all right, title, and interest in property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

If, as a result of any act or omission of the defendant, any of said property:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to or deposited with, a third person;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty,

any and all interest the defendant have in other property shall vest in the United States and be forfeited to the United States pursuant to 21 U.S.C. § 853(p).

All in violation of 21 U.S.C. §§ 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION: (21 U.S.C. § 853 – Criminal Forfeiture)

The factual allegations contained in Counts Three and Four of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (a)(2).

//

//

SECOND SUPERSEDING INDICTMENT    3

Upon conviction of any of the offenses alleged in Counts Three and Four, the defendant,

JULIO CAMACHO PACHECO,

shall forfeit to the United States all right, title, and interest in property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

If, as a result of any act or omission of the defendant, any of said property:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to or deposited with, a third person;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty,

any and all interest the defendant have in other property shall vest in the United States and be forfeited to the United States pursuant to 21 U.S.C. § 853(p).

All in violation of 21 U.S.C. §§ 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: October 19, 2017

A TRUE BILL.

_____
FOREPERSON

BRIAN J. STRETCH
United States Attorney

_____
DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: _____ )
AUSA MARISSA HARRIS

SECOND SUPERSEDING INDICTMENT          4

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☒ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

—— OFFENSE CHARGED ——

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

— DEFENDANT - U.S —

▶ SHAUN ANTHONY KIRKPATRICK

DISTRICT COURT NUMBER
17-CR-00324-BLF

FILED
OCT 19 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} _____

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Marissa Harris

—— DEFENDANT ——

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   NDCA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

UNITED STATES V. SHAUN ANTHONY KIRKPATRICK

PENALTIES

**Count One**: 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) (Conspiracy to Distribute Methamphetamine)

**Penalties**:
Minimum Prison Term: 10 years
Max Prison: Life
Max Fine: $10,000,000
Minimum Supervised Release: 5 years
Forfeiture
Potential Deportation
Mandatory and discretionary denial of benefits
Special assessment fee: $100

**Count Two**: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Distribution of Methamphetamine; Aiding and Abetting)

**Penalties**:
Minimum Prison Term: 10 years
Max Prison: Life
Max Fine: $10,000,000
Minimum Supervised Release: 5 years
Forfeiture
Potential Deportation
Mandatory and discretionary denial of benefits
Special assessment fee: $100

A1

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☒ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ TUAN NGOC NGUYEN

DISTRICT COURT NUMBER
17-CR-00324-BLF

FILED
OCT 19 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Marissa Harris

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

A2

<u>UNITED STATES V. TUAN NGOC NGUYEN</u>

<u>PENALTIES</u>

<u>Count One</u>: 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) (Conspiracy to Distribute Methamphetamine)

<u>Penalties</u>:

Minimum Prison Term: 10 years
Max Prison: Life
Max Fine: $10,000,000
Minimum Supervised Release: 5 years
Forfeiture
Potential Deportation
Mandatory and discretionary denial of benefits
Special assessment fee: $100

<u>Count Two</u>: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Distribution of Methamphetamine; Aiding and Abetting)

<u>Penalties</u>:

Minimum Prison Term: 10 years
Max Prison: Life
Max Fine: $10,000,000
Minimum Supervised Release: 5 years
Forfeiture
Potential Deportation
Mandatory and discretionary denial of benefits
Special assessment fee: $100

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☒ SUPERSEDING

---- OFFENSE CHARGED ----

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---- DEFENDANT - U.S ----

▶ JULIO CAMACHO PACHECO

DISTRICT COURT NUMBER
17-CR-00324-BLF

FILED
OCT 19 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Marissa Harris

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

△3

### UNITED STATES V. JULIO CAMACHO PACHECO

### PENALTIES

**Count One:**  21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) (Conspiracy to Distribute Methamphetamine)

**Penalties:**

Minimum Prison Term: 10 years
Max Prison: Life
Max Fine: $10,000,000
Minimum Supervised Release: 5 years
Forfeiture
Potential Deportation
Mandatory and discretionary denial of benefits
Special assessment fee: $100

**Count Two:**  21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Distribution of Methamphetamine; Aiding and Abetting)

**Penalties:**

Minimum Prison Term: 10 years
Max Prison: Life
Max Fine: $10,000,000
Minimum Supervised Release: 5 years
Forfeiture
Potential Deportation
Mandatory and discretionary denial of benefits
Special assessment fee: $100

**Count Three:**  21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Distribution of Methamphetamine)

**Penalties:**

Minimum Prison Term: 10 years
Max Prison: Life
Max Fine: $10,000,000
Minimum Supervised Release: 5 years
Forfeiture
Potential Deportation
Mandatory and discretionary denial of benefits
Special assessment fee: $100

A3

**Count Four:** 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Possession with Intent to Distribute Methamphetamine)

**Penalties:**

Minimum Prison Term: 10 years
Max Prison: Life
Max Fine: $10,000,000
Minimum Supervised Release: 5 years
Forfeiture
Potential Deportation
Mandatory and discretionary denial of benefits
Special assessment fee: $100

△3

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE DIVISION

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

**DEFENDANT - U.S**

▶ QUANG PHUONG HUYNH

DISTRICT COURT NUMBER

CR-17-00324-BLF

FILED
OCT 19 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
17-CR-71207

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Marissa Harris

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:   Δ4

## UNITED STATES V. QUANG PHUONG HUYNH

### PENALTIES

**Count One**: 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) (Conspiracy to Distribute Methamphetamine)

**Penalties:**

Minimum Prison Term: 10 years
Max Prison: Life
Max Fine: $10,000,000
Minimum Supervised Release: 5 years
Forfeiture
Potential Deportation
Mandatory and discretionary denial of benefits
Special assessment fee: $100

**Count Two**: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Distribution of Methamphetamine; Aiding and Abetting)

**Penalties:**

Minimum Prison Term: 10 years
Max Prison: Life
Max Fine: $10,000,000
Minimum Supervised Release: 5 years
Forfeiture
Potential Deportation
Mandatory and discretionary denial of benefits
Special assessment fee: $100

A4